IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONNY CROOK,

    Plaintiff,

v.                                                          CASE NO. 4:09-cv-00263-MP-WCS

ANDREWS, DATSON, A DAVIS, DOBSON, R JACKSON,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Report and Recommendation, Doc. 13, regarding the Complaint, Doc. 1. The Magistrate Judge made clear to the Plaintiff that if he failed to file an identical service copy of his third amended complaint by December 31, 2009, this case could be dismissed. He failed to file the document in time, and the Magistrate Judge recommended on January 14, 2010 that the case be dismissed. Mr. Crook has not objected to that recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge, Doc. 13, is ADOPTED and incorporated herein.

2.     This case is DISMISSED WITHOUT PREJUDICE.

**DONE AND ORDERED** this *12th* day of February, 2010

                                  *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge